United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAJENDRA N. SETH,

          Plaintiff,

v.

FEDEX CORPORATION,

          Defendant.

NO. C12-4536 TEH

ORDER REQUIRING JOINT STATUS STATEMENT OR DISMISSAL

    On November 5, 2012, this Court entered an order pursuant to the parties' stipulation to stay this case pending arbitration. The Court further ordered the parties to "file a joint status statement or stipulated dismissal of this case within one week of completion of the arbitration or by February 15, 2013, whichever is sooner." Nov. 5, 2012 Stip. & Order at 4. The parties failed to file a timely response to this order. Following a telephone call from the Court's courtroom deputy, the parties filed a late joint status statement on February 26, 2013. According to the parties, an arbitrator was appointed on January 10, 2013, and the hearing has been set for January 13, 2014.

    IT IS HEREBY ORDERED that the parties shall file a joint status statement or stipulated dismissal of this case on or before **February 10, 2014.** Failure to file a timely response shall result in monetary sanctions.

**IT IS SO ORDERED.**

Dated: 02/27/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT